Taylor-,
 
 Judge.
 

 He is. as much incompetent now as he was before. The plaintiff was not bound before to give him part of the recovery, by any engagement which had the support of law ; and therefore the release discharges no legal obligation. Th,e confidence of the witness in the promise made to him by the. plaintiff, though that promise is of no force in law, is what excludes his testimony, and that is not removed, by the release. — . However, said he, you may examine the witness for the present, and reserve the question of competence in case a yerd,L?t should, be found for the plaintiff.
 

 
 *341
 

 tere,
 
 if it should not have been proved that plaintiff had agreed to give part to the witness. A witness cannot disqualify' himself.